UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-0986 FMO (SKx) | Date | May 9, 2019 |
|---|---|---|---|
| Title | Mark DalPoggetto v. Wirecard AG, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:** (In Chambers) Order Re: Service of Process

The court is in receipt of plaintiff Lawrence Gallagher's ("plaintiff") response to this court's order to show cause. (See Dkt. 23, "Response"). On the court's own motion, IT IS ORDERED THAT no later than **June 7, 2019**, plaintiff shall file proof of service of the summons and complaint on defendants. Plaintiff is cautioned that failure to file proof of service by this date may result in the dismissal of this case for failure to prosecute and/or failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|  | 00 : 00 |
|---|---|
|  | Initials of Preparer   vdr |