UNITED STATES DISTRICT COURT- CENTRAL DISTRICT OF CALIFORNIA

Attorney: U.S. DOCUMENT RETRIEVAL SERVICE - 2664

MARK DALPOGGETTO, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED

Plaintiff(s)

-against-

WIRECARD AG ETAL

Defendant(s)

Index #: 2:19-CV-00986-FMO-SK

Date Filed:

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 16, 2019 at 01:55 PM at

C/O CT CORPORATION SYSTEM
28 LIBERTY STREET
NEW YORK, NY10005

deponent served the within true copy of the SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, NOTICE OF ASSIGNMENT TO JUDGE OLGUIN, NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM, OSC ECF 9, RESPONSE TO OSC, ECF 10, OSC, ECF 22, RESPONSE TO OSC, ECF 23, ORDER GRANTING LEAD, ECF 25, ** on JPMORGAN CHASE BANK, N.A., the defendant/respondent therein named,

**CORPORATION** by delivering thereat a true copy of each to SATTIE JAIRAM personally, deponent knew said corporation so served to be the corporation described in said SUMMONS IN A CIVIL ACTION, COMPLAINT, CIVIL COVER SHEET, NOTICE OF ASSIGNMENT TO JUDGE OLGUIN, NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM, OSC ECF 9, RESPONSE TO OSC, ECF 10, OSC, ECF 22, RESPONSE TO OSC, ECF 23, ORDER GRANTING LEAD, ECF 25, ** as said defendant/respondent and knew said individual to be PROCESS CLERK thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BLACK | 60 | 5'11 | 160 |

** Judge Olguin's Initial Standing Order

Sworn to me on: May 16, 2019

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

SIEH CLARK
License #: 2066971
Docket #: *1119624*