1  BRIAN M. LUTZ, SBN 255976
     blutz@gibsondunn.com
2  MICHAEL J. KAHN, SBN 303289
     mjkahn@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
4  San Francisco, CA 94105-0921
   Telephone: 415.393.8200
5  Facsimile:  415.393.8306

6  *Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br><br>Defendants. | CASE NO. 2:19-cv-00986-FMO-SK<br><br>**STIPULATION REGARDING SCHEDULE FOR BRIEFING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO SERVE THE SUMMONS AND COMPLAINT** |

1  WHEREAS, on February 8, 2019, Mark DalPoggetto filed the Class Action Complaint for Violation of the Federal Securities Laws (Dkt. 1) (the "Complaint");

WHEREAS, the Complaint names as defendants Wirecard AG ("Wirecard"), Markus Braun, Burkhard Ley, Alexander von Knoop, Jan Marsalek, and Susanne Steidl (together with Wirecard, the "Defendants");

WHEREAS, on May 6, 2019, the Court appointed Lawrence Gallagher as Lead Plaintiff in this action (the "Lead Plaintiff" and, together with the Defendants, the "Parties") (Dkt. 25);

WHEREAS, on May 9, 2019, the Court ordered Lead Plaintiff to file a "proof of service of the summons and complaint on defendants" by June 7, 2019 (Dkt. 27);

WHEREAS, on May 24, 2019, Lead Plaintiff filed a proof of service dated May 16, 2019, stating that the summons and Complaint were served on JPMorgan Chase Bank, N.A., c/o CT Corporation System (the "Proof of Service") (Dkt. 31);

WHEREAS, Defendants contest that there has been proper service of the summons and Complaint on any Defendant in this case;

WHEREAS, Lead Plaintiff intends to amend the Complaint;

WHEREAS, in the interest of efficiency and judicial economy, Defendants believe, and Plaintiffs do not oppose, that this Court should first address whether the Defendants have been properly served before an amended complaint is filed and before Defendants file a motion to dismiss that complaint for lack of personal jurisdiction, inconvenient or improper venue, and/or failure to state a claim; and

WHEREAS, the Parties wish to set a schedule for the motion to dismiss briefing on the service issue.

THEREFORE, IT IS HEREBY AGREED TO AND STIPULATED BY THE PARTIES, through their respective counsel and subject to Court approval, as follows:

1. Defendants shall file their motion to dismiss for failure to properly serve the Defendants within 21 days of the Court entering this stipulation;

2. Lead Plaintiff shall file an opposition to this motion to dismiss within 21 days of the filing of the opening brief;

3. Defendants shall file their reply brief on this motion to dismiss within 14 days of the filing of Lead Plaintiff's opposition brief;

4. The Parties reserve all, and do not waive any, of their rights, claims and defenses. Without limitation, Defendants expressly reserve, and do not waive, their right to file additional motions to dismiss the current or any amended complaint filed in this action under Rule 12(b) (including for lack of personal jurisdiction, improper venue, and failure to state a claim), notwithstanding FRCP 12(g)(2) and 12(h). Defendants further reserve, and do not waive, their right to file a motion to dismiss or transfer this action based on inconvenient or improper venue. Lead Plaintiff reserves, and does not waive his right to file a motion for relief from the Court's May 9, 2019 Order (Dkt. 27), to request additional time to effect service on the foreign Defendants. Lead Plaintiff further reserves, and does not waive his right to engage in any further efforts to effect service by additional means reasonably calculated to give notice, or as otherwise permitted by the Court.

DATED: May 31, 2019          HAGENS BERMAN SOBOL SHAPIRO LLP


 /s/ *Reed R. Kathrein*
Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)

| | |
|---|---|
| 1 | 715 Hearst Ave., Suite 202 |
| 2 | Berkeley, CA 94710 |
| | Telephone: (510) 725-3000 |
| 3 | Facsimile: (510) 725-3001 |
| | reed@hbsslaw.com |
| 4 | danielles@hbsslaw.com |
| | lucasg@hbsslaw.com |

STEVE W. BERMAN
1301 Second Ave., Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

*Counsel for Lead Plaintiff Lawrence Gallagher*

** Pursuant to Civ. L.R. 5-4.3.4, the electronic filer has obtained approval from this signatory.

DATED: May 31, 2019        GIBSON, DUNN & CRUTCHER LLP

/s/ *Brian M. Lutz*
/s/ *Michael J. Kahn*
BRIAN M. LUTZ
MICHAEL J. KAHN
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
blutz@gibsondunn.com
mjkahn@gibsondunn.com

*Counsel for Defendants Wirecard AG, Markus Braun, Burkhard Ley, Alexander von Knoop, Jan Marsalek, and Susanne Steidl*