UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br><br>Defendants. | CASE NO. 2:19-cv-00986-FMO-SK<br><br>**[PROPOSED] ORDER SETTING SCHEDULE FOR BRIEFING DEFENDANTS' MOTION TO DISMISS FOR FAILURE TO SERVE THE SUMMONS AND COMPLAINT** |

On May 31, 2019, Lead Plaintiff Lawrence Gallagher ("Lead Plaintiff") and Defendants Wirecard AG, Markus Braun, Burkhard Ley, Alexander von Knoop, Jan Marsalek, and Susanne Steidl ("Defendants") filed a Stipulation Regarding Schedule for Briefing Defendants' Motion to Dismiss for Failure to Serve the Summons and Complaint (the "Stipulation").  The Court, having fully reviewed and considered the Stipulation, and finding good cause for the Stipulation, orders as follows:

**IT IS HEREBY ORDERED** that:

1. Defendants shall file their motion to dismiss for failure to properly serve the Defendants within 21 days of this order being entered on the docket;

2. Lead Plaintiff shall file an opposition to the motion to dismiss within 21 days of the filing of the opening brief;

3. Defendants shall file their reply brief on the motion to dismiss within 14 days of the filing of Lead Plaintiff's opposition brief;

4. This order preserves and does not waive the rights of any party, including without limitation the right of Defendants to file additional motions to dismiss the current or any amended complaint filed in this action under Rule 12(b) (including for lack of personal jurisdiction, improper venue, and failure to state a claim), notwithstanding FRCP 12(g)(2) and 12(h), and to file a motion to dismiss or transfer this action based on inconvenient or improper venue; as well as Plaintiffs' right to file a motion for relief from the Court's May 9, 2019 Order (Dkt. 27), to request additional time to effect service on the foreign Defendants, and to engage in any further efforts to effect service by additional means reasonably calculated to give notice, or as otherwise permitted by the Court.

**IT IS SO ORDERED.**

DATE: _____

_____
Judge Fernando M. Olguin
United States District Judge