Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*
*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf Of All Other Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br><br>Defendants. | Case No.  2:19-cv-00986-FMO-SK<br><br>***EX PARTE* APPLICATION FOR LEAVE TO EFFECT ELECTRONIC SERVICE ON DEFENDANTS RESIDENT OUTSIDE THE UNITED STATES**<br><br>Date:        TBD<br>Time:        TBD<br>Courtroom:  6D<br>Judge:        Hon. Fernando M. Olguin |

1  TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2      Lead Plaintiff Lawrence Gallagher ("Lead Plaintiff") moves this Court pursuant

3  to Rules 4(f)(3) and 4(h)(2) of the Federal Rules of Civil Procedure, Local Rule 7-19,

4  and this Court's Order Re: Service of Process[1] for an order permitting Lead Plaintiff to

5  effect electronic service on non-U.S.-resident defendants: Wirecard AG, Markus

6  Braun, Burkhard Ley, Alexander Von Knoop, Jan Marsalek, and Susanne Steidl

7  (collectively, the "German Defendants"), or in the alternative, for additional time to

8  serve the German Defendants by other means.

9      This Application is based on this Application, the Memorandum of Points and

10  Authorities filed concurrently herewith, all of the pleadings, files, and records in this

11  proceeding, all other matters of which the Court may take judicial notice and any

12  additional argument or evidence that may be presented to or considered by the Court

13  prior to its ruling.

15  DATED: June 6, 2019              **HAGENS BERMAN SOBOL**

16                                  **SHAPIRO LLP**

17                                  By:   /s/ *Danielle Smith*
18                                  Reed R. Kathrein (139304)
                                    Danielle Smith (291237)
19                                  Lucas E. Gilmore (250893)
                                    715 Hearst Avenue, Suite 202
20                                  Berkeley, CA  94710
21                                  Telephone: (510) 725-3000
22                                  Facsimile:  (510) 725-3001
                                    reed@hbsslaw.com
23                                  danielles@hbsslaw.com
24                                  lucasg@hbsslaw.com

27  [1] At ECF No. 27 (directing Lead Plaintiff to "file proof of service of the summons
and complaint on defendants" "[n]o later than **June 7, 2019**") (emphasis in original).
28  APPLICATION FOR LEAVE TO EFFECT ELECTRONIC SERVICE - 1
Case No.: 2:19-cv-00986-FMO-SK

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Steve W. Berman (*pro hac vice* pending)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*

APPLICATION FOR LEAVE TO EFFECT ELECTRONIC SERVICE - 2
Case No.: 2:19-cv-00986-FMO-SK