1  BRIAN M. LUTZ, SBN 255976
   blutz@gibsondunn.com
2  MICHAEL J. KAHN, SBN 303289
   mjkahn@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
4  San Francisco, CA 94105-0921
   Telephone:  415.393.8200
5  Facsimile:   415.393.8306

6  *Attorneys for Defendants*

7

8  UNITED STATES DISTRICT COURT

9  CENTRAL DISTRICT OF CALIFORNIA

10

| MARK DALPOGGETTO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br><br>Defendants. | CASE NO. 2:19-cv-00986-FMO-SK<br><br>**DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF DEFENDANTS' OPPOSITION TO *EX PARTE* APPLICATION FOR LEAVE TO EFFECT ELECTRONIC SERVICE ON DEFENDANTS RESIDENT OUTSIDE THE UNITED STATES**<br><br>**Hearing:**<br>Date:     TBD<br>Time:     TBD<br>Place:    Courtroom 6D<br>Judge:   Hon. Fernando M. Olguin<br><br>Action Filed:   February 8, 2019 |

I, BRIAN M. LUTZ, declare and state as follows:

1. I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants in the above-captioned case. I make this Declaration in support of Defendants' Opposition to *Ex Parte* Application for Leave to Effect Electronic Service on Defendants Resident Outside the United States. I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

2. On May 27, 2019, I spoke with Danielle Smith, counsel for Plaintiff Lawrence Gallagher, about Plaintiff's purported service of the summons and complaint on the Defendants. I informed Ms. Smith that the service of the summons and complaint on JPMorgan Chase Bank, N.A. ("JPM"), c/o CT Corporation System ("CT"), was improper because neither JPM nor CT were Defendants' agents for service of process.

3. On May 28, 2019, I received a follow up phone call from Ms. Smith and her colleague Reed Kathrein. I explained again that Plaintiff's purported service of the summons and complaint on JPM, c/o CT, did not effect service of process on the Defendants because neither JPM nor CT were Defendants' agents for service of process.

4. Attached hereto as Exhibit A is a true and correct copy of a Form F-6 filed by JPMorgan Chase Bank, N.A. with the Securities and Exchange Commission on February 1, 2016.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 7th day of June, 2019, in New York, New York.

By: /s/ Brian M. Lutz
Brian M. Lutz

1
LUTZ DECLARATION ISO OPPOSITION TO *EX PARTE* APPLICATION
CASE NO. 2:19-cv-00986-FMO-SK