# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | **CV 19-0986 FMO (SKx)** | Date | **June 12, 2019** |
|---|---|---|---|
| Title | **Mark DalPoggetto v. Wirecard AG, et al.** | | |

Present: The Honorable    Fernando M. Olguin, United States District Judge

| Vanessa Figueroa | None | None |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorney Present for Plaintiff(s): | Attorney Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:**          **(In Chambers) Order Re: Ex Parte Application**

Having considered the briefing filed with respect to lead plaintiff Lawrence Gallagher's ("plaintiff") Ex Parte Application for Leave to Effect Electronic Service[] (Dkt. 38, "Application"), the Application **(Document No. 38) is granted in part and denied in part** as set forth herein.  Plaintiff shall effect service of process no later than **September 9, 2019**.  Service must be made in accordance with Federal Rule of Civil Procedure 4.  The court notes that it will not sanction alternative means of service absent a showing that plaintiff has been diligent in attempting to effect service through the traditional methods allowed under law.  See In re Ex Parte Application, 2016 WL 6025155, *2 (N.D. Cal. 2016) ("Courts are more inclined to grant such alternative service where the serving party has provided sufficient evidence of its earlier diligence in attempting to effectuate personal service.").  **The court further notes that, absent extraordinary circumstances, it will not grant further extensions of time.**

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | vdr | |