UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-0986 FMO (SKx) | Date | July 15, 2019 |
|---|---|---|---|
| Title | Mark DalPoggetto v. Wirecard AG, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):  Attorney Present for Defendant(s):
None Present  None Present

**Proceedings:**   (In Chambers) Order Re: Ex Parte Application

Having considered the briefing filed with respect to lead plaintiff Lawrence Gallagher's ("plaintiff") Ex Parte Application for Order Appointing Hague Convention International Process Server (Dkt. 41, "Application"), IT IS ORDERED THAT the Application **(Document No. 41)** is **granted in part and denied in part** as set forth herein.  The court hereby appoints Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, 97205, and its agents, as the authority and judicial officer competent under the jurisdiction of this court to forward to the Central Authority in the applicable country, any and all documents to be served in this case.  The court further orders plaintiff to effect service of process no later than **November 8, 2019**.

00  :  00
Initials of Preparer   vdr