Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*
*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf Of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br><br>Defendants. | Case No. 2:19-cv-00986-FMO-SK<br><br>**CERTIFICATE OF SERVICE ON WIRECARD AG**<br><br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin |

# PROOF OF SERVICE

Lead Plaintiff Lawrence Gallagher ("Lead Plaintiff") hereby attaches formal proof that Defendant Wirecard AG ("Wirecard") was served on November 5, 2019 with the summons (Dkt. No. 46) and complaint (Dkt. No. 1) in this action, together with all related and required documents, pursuant to Rules 4(f)(1) and 4(h)(2) of the Federal Rules of Civil Procedure, and in accordance with the laws of Germany under Article 5 of The Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters ("Hague Service Convention").

Attached hereto as **Exhibit A** is a true and correct copy of an affidavit verifying service pursuant to the Hague Service Convention from Celeste Ingalls, a representative of the court-appointed International Process Server, Crowe Foreign Services, 1020 SW Taylor Street, # 240, Portland, Oregon 97205 (*see* Dkt. No. 44).

Attached hereto as **Exhibit B** is a true and correct copy of the certificate of service on Defendant Wirecard from the Germany authority authorized to effect service on Wirecard.

DATED: December 12, 2019        **HAGENS BERMAN SOBOL SHAPIRO LLP**

By:  /s/ *Danielle Smith*
Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710

CERTIFICATE OF SERVICE ON WIRECARD AG
Case No.: 2:19-cv-00986-FMO-SK

- 1

|   |   |
|---|---|
| 1 | Telephone: (510) 725-3000 |
| 2 | Facsimile:  (510) 725-3001 |
|   | reed@hbsslaw.com |
| 3 | danielles@hbsslaw.com |
| 4 | lucasg@hbsslaw.com |
| 5 | Steve W. Berman (*pro hac vice* pending) |
|   | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 6 | 1301 Second Avenue, Suite 2000 |
| 7 | Seattle, WA 98101 |
|   | Telephone: (206) 623-7292 |
| 8 | Facsimile:  (206) 623-0594 |
| 9 | steve@hbsslaw.com |
| 10 | *Attorneys for Lead Plaintiff Lawrence Gallagher* |

CERTIFICATE OF SERVICE ON WIRECARD AG
Case No.: 2:19-cv-00986-FMO-SK

- 2