**EXHIBIT A**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf Of All Other Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br><br>Defendants. | Case No. 2:19-cv-00986-FMO-SK<br><br>**AFFIDAVIT OF CELESTE INGALLS**<br><br>Date:        TBD<br>Time:       TBD<br>Courtroom: 6D<br>Judge:      Hon. Fernando M. Olguin |

OREGON         )
               ) ss.
County of Multnomah )

    I declare that I, Celeste Ingalls, specialize in the service of civil process in foreign countries, am a resident of Oregon, citizen of the United States, over the age of twenty-one, not a party nor an attorney for any party in this action, and declare the following:

    1.    I am employed by Alan H. Crowe & Associates, Inc. dba Crowe Foreign Services, 1020 SW Taylor Street, Suite 240, Portland, Oregon, and have specialized in the service of civil process in foreign countries for more than 23 years.

    2.    The United States and Germany are signatory to the Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, Done at the Hague, November 15, 1965, (Hague Service Convention).

    3.    I have successfully, on a frequent and regular basis, prepared, signed and forwarded requests for service of process in accordance the Hague Service Convention in Germany from various United States Federal and State Courts, as well as from courts in Canada and other territories.

4.  I have lectured to state/county bar, and other professional, associations on the mechanics and requirements of process service in foreign countries.

5.  Since 2003 I have attended, at special invitation as a private expert, all the Special Administrative Sessions of the Hague Conference in The Hague, Netherlands, at which each signatory country was represented by their respective Judicial Authorities to discuss the practical mechanics of, and problems encountered in dealing with, the Hague Service Convention and the Hague Evidence Convention as they apply to each country's laws and interpretations of the Convention and its obligations.

6.  I have participated (at invitation) with the Hague Administration in a "training" session, presided over by the Hague Administration, to provide guidance to a foreign Central Authority and its courts on their practical obligations with respect to service under the provisions of the Hague Service Convention. At this session, it was agreed by the Hague Administration that each signatory country has the discretion to interpret the Convention articles in a way that conforms to their internal law.

7.  The government of Germany designated the Präsidentin des Oberlandesgerichts München as the judicial agency authorized (Central Authority) to receive and effect the service of judicial documents in München, Germany in accordance with the Hague Service Convention and declared a formal objection to any other method of service.

8.  Under German law, the German authorities require German translation of all documents being served which were completed on August 9, 2019.

9.  On August 13, 2019, I forwarded the Order RE: Ex Parte Application, Summons in a Civil Action, and Class Action Complaint, with German translations, to the Central Authority for München, Germany for services upon **Wirecard AG, Burkhard Ley, Marukus Braun, Alexander Von Knoop,** and **Jan Marsalek** in accordance with the Hague Service Convention.

10. On November 25, 2019, my office received the Hague certificate for **Wirecard AG** stating that Wirecard was served on November 5, 2019 in accordance with the laws of Germany under Article 5 of the Hague service convention.

11. The Hague Service Convention does not impose an obligatory time frame.

12. It has been my experience that the average turnaround time for service in Germany, in accordance with the Hague Service Convention is four months but has occasionally exceeded six months.

13. As of today, December 5, 2019, no completed certificates, or any other information, relating to the requested services upon **Burkhard Ley, Marukus Braun, Alexander Von Knoop,** and **Jan Marsalek** have yet been received from the German authorities.

*[Signature: Celeste Ingalls]*

SUBSCRIBED AND SWORN to before me this 5th day of December 2019.

*[Signature]*
Notary Public for Oregon

OFFICIAL STAMP
NAO SAKAMOTO
NOTARY PUBLIC - OREGON
COMMISSION NO. 992959
MY COMMISSION EXPIRES OCTOBER 23, 2023