BRIAN M. LUTZ, SBN 255976
  blutz@gibsondunn.com
MICHAEL J. KAHN, SBN 303289
  mjkahn@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>     v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br><br>          Defendants. | CASE NO. 2:19-cv-00986-FMO-SK<br><br>**DEFENDANTS' OPPOSITION TO *EX PARTE* APPLICATION FOR ORDER EXTENDING TIME FOR INTERNATIONAL SERVICE OF PROCESS**<br><br>**Hearing:**<br>Date:      TBD<br>Time:      TBD<br>Place:     Courtroom 6D<br>Judge:    Hon. Fernando M. Olguin<br><br>Action Filed:    February 8, 2019 |

Gibson, Dunn & Crutcher LLP

The Court should deny Plaintiff's *fourth* request for an extension of time to serve the Individual German Defendants, this time until *more than a year* after this action was filed in February 2019.  Plaintiff contends "that the Individual German Defendants have likely already been served."  Dkt. 54-1 at 1.  If Plaintiff receives and files confirmation from the German Central Authority that service was effected on any of the Individual German Defendants prior to the Court-ordered deadline of January 15, 2020, then Defendants of course do not object to any such Defendant being part of this action.  Dkt. 51.

But Defendants do object to another extension of the deadline to serve any Defendant who has yet to be served.  Plaintiff served Wirecard in Germany in early November 2019.  Dkt. 52.  Plaintiff offers no explanation why he needs more than four months' additional time to serve the remaining Defendants.  Nor does Plaintiff explain why the Individual German Defendants even need to be part of this action, and why he cannot proceed solely against Wirecard.  Plaintiff thus has failed to provide "good cause" for why this Court should grant another service extension.  No further extensions should be given, particularly given that this case never should have been brought in a U.S. court in the first place.  *See* Dkts. 39 at 2; 42 at 1; 49 at 1.  Plaintiff's *ex parte* application should be denied.

1    Dated:  January 16, 2020

2

3                                GIBSON, DUNN & CRUTCHER LLP

4

5                   By:  /s/ *Brian M. Lutz*

6                        Brian M. Lutz
                       Michael J. Kahn

7                        555 Mission Street, Suite 3000
                       San Francisco, CA 94105-0921

8                        Telephone: 415.393.8200
                       Facsimile: 415.393.8306

9                        blutz@gibsondunn.com
                       mjkahn@gibsondunn.com

10

11                        *Attorneys for Defendants*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

DEFENDANTS' OPPOSITION TO *EX PARTE* APPLICATION
CASE NO. 2:19-cv-00986-FMO-SK