UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 19-0986 FMO (SKx) | Date | January 27, 2020 |
|---|---|---|---|
| Title | Mark DalPoggetto v. Wirecard AG, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Vanessa Figueroa | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s):   Attorney Present for Defendant(s):
None Present                          None Present

**Proceedings:**   (In Chambers) Order Re: Ex Parte Application

Having considered the briefing filed with respect to lead plaintiff's Ex Parte Application for Order Extending Time for International Service of Process (Dkt. 54, "Application"), IT IS ORDERED THAT the Application **(Document No. 54)** is **granted** as set forth herein. Plaintiff shall effect service of process no later than **March 15, 2020**, and file proofs of service no later than **March 17, 2020**.

00 : 00

Initials of Preparer   vdr