BRIAN M. LUTZ, SBN 255976
 blutz@gibsondunn.com
MICHAEL J. KAHN, SBN 303289
 mjkahn@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br><br>Defendants. | CASE NO. 2:19-cv-00986-FMO-SK<br><br>**DECLARATION OF BRIAN M. LUTZ IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAW**<br><br>**Hearing:**<br>Date: May 7, 2020<br>Time: 10:00 a.m.<br>Place: Courtroom 6D<br>Judge: Hon. Fernando M. Olguin<br><br>Action Filed: February 8, 2019 |

I, BRIAN M. LUTZ, declare and state as follows:

I am an attorney duly licensed by the State Bar of California and admitted to practice before this Court. I am a partner in the law firm of Gibson, Dunn & Crutcher LLP, and I represent Defendants Wirecard AG ("Wirecard"), Markus Braun, Burkhard Ley, Alexander von Knoop, Jan Marsalek, and Susanna Steidl (collectively, the "Defendants") in the above-captioned case. I make this Declaration in support of Defendants' Motion to Dismiss First Amended Class Action Complaint for Violation of the Federal Securities Laws, filed concurrently herewith. I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

1. Attached hereto as **Exhibit 1** is a true and correct copy of a Wirecard press release summarizing an independent investigation of certain transactions regarding Wirecard entities in Asia, titled "Wirecard AG: External Investigation reveals no material impact on financial reports of Wirecard," and dated March 26, 2019.

2. Attached hereto as **Exhibit 2** is a true and correct copy of Wirecard's 2015 Annual Report for the period ended December 31, 2015, published in April 2016.

3. Attached hereto as **Exhibit 3** is a true and correct copy of Wirecard's 2016 Annual Report for the period ended December 31, 2016, published in April 2017.

4. Attached hereto as **Exhibit 4** is a true and correct copy of Wirecard's 2017 Annual Report for the period ended December 31, 2017, published in April 2018.

5. Attached hereto as **Exhibit 5** is a true and correct copy of Wirecard's 2018 Annual Report for the period ended December 31, 2018, published in April 2019.

6. Attached hereto as **Exhibit 6** is a true and correct copy of a chart showing the historical prices of WRCDF shares from December 31, 2018 through February 3, 2020.

1  I declare under penalty of perjury that the foregoing is true and correct.
2  Executed on this 13th day of March, 2020, at San Francisco, California.
3
4                                    By:   */s/ Brian M. Lutz*
5                                           Brian M. Lutz
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3
DECLARATION OF BRIAN M. LUTZ ISO MOTION TO DISMISS
CASE NO. 2:19-cv-00986-FMO-SK