BRIAN M. LUTZ, SBN 255976
blutz@gibsondunn.com
MICHAEL J. KAHN, SBN 303289
mjkahn@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br><br>Defendants. | CASE NO. 2:19-cv-00986-FMO-SK<br><br>**DECLARATION OF IRIS STOECKL IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAW**<br><br>**Hearing:**<br>Date:   May 7, 2020<br>Time:   10:00 a.m.<br>Place:   Courtroom 6D<br>Judge:   Hon. Fernando M. Olguin<br><br>Action Filed:   February 8, 2019 |

I, Iris Stoeckl, declare and state as follows:

1. I am the Head of Investor Relations at Wirecard AG ("Wirecard"). I make this Declaration in support of Defendants' Motion to Dismiss the First Amended Class Action Complaint For Violation Of The Federal Securities Laws (the "FAC") (Dkt. 62). I have personal knowledge of the facts stated in this Declaration and, if called upon, could and would testify competently thereto.

2. Wirecard is a German corporation headquartered in Aschheim, Germany. Exhibit A hereto is a true and correct copy of Wirecards's commercial register excerpt of the local courts of Munich under section B (*Handelsregister B des Amtsgerichts Munich*), which establishes that Wirecard is an *Aktiengesellschaft*, or German stock company, with its "*Sitz*," or effective place of business, in Aschheim, Germany. Effective place of business is the German corporate law equivalent of the American principal place of business.

3. Defendants Markus Braun, Burkhard Ley, Alexander von Knoop, Jan Marsalek, and Susanne Steidl (the "Individual Defendants") are current or former members of Wirecard's *Vorstand*, or Management Board. The Individual Defendants are German or Austrian citizens who currently live and have their offices in Germany, and who lived and had their offices in Germany from April 7, 2016 through October 15, 2019, which is the class period identified in the FAC (the "Class Period"). Certain Individual Defendants also live part time in Austria.

4. Wirecard's Management Board is located in Germany, and holds its meetings in Germany. During the Class Period, Wirecard did not hold any Management Board meetings in the U.S.

5. Wirecard's Supervisory Board is located in Germany, and holds it meetings regularly in Germany. During the Class Period, Wirecard did not hold any Supervisory Board meetings in the U.S.

6. During the Class Period, Wirecard's annual shareholder meetings were held in Germany.

7. Wirecard's common stock is exclusively listed on stock exchanges in Germany. Wirecard is subject to the reporting and disclosure requirements of the German securities laws.

8. Wirecard has no reporting duties pursuant to the U.S. securities laws, and has never filed any document with the Securities and Exchange Commission pursuant to the U.S. securities laws.

9. During the Class Period, Wirecard's annual reports received final approval from the Management Board in Germany. The annual reports were placed online in, and otherwise distributed in hard copy from, Germany. The annual reports were prepared pursuant to German securities laws.

10. I understand that the FAC refers to a Form F-6 filed by Citibank, N.A. ("Citibank") (dated September 18, 2013); a Form F-6 filed by The Bank of New York Mellon ("BNY") (dated October 2, 2019); and two Form F-6's filed by JPMorgan Chase Bank, N.A. ("JPM") (dated February 1, 2016, and November 22, 2019, respectively), each of which purports to register derivative securities known as American Depositary Receipts ("ADR"), the value of which is based on Wirecard's stock price.

11. The ADRs registered by the Form F-6's are unsponsored ADRs, which means that these ADR programs were "set up without the cooperation" of Wirecard. *See* SEC, "Investor Bulletin: American Depositary Receipts," *available at* https://www.sec.gov/investor/alerts/adr-bulletin.pdf. Defendants did not authorize the registration of the ADRs, and Defendants had no involvement in establishing the ADR programs or facilitating the trading of the ADRs over-the-counter ("OTC") in the U.S. Defendants took no deliberate actions or affirmative steps to help establish the unsponsored ADR programs.

12. None of the Defendants had any involvement in preparing or filing any of the Form F-6's, and none of the Defendants authorized the preparation or filing of any of the Form F-6's.

13. Citibank, BNY, and JPM did not ask Defendants' permission to establish the unsponsored ADR programs. The unsponsored ADR programs were established without Defendants' consent.

14. I understand that Wirecard's common stock also trades OTC in the U.S as so-called "F-Shares." Defendants had no involvement in creating or facilitating this trading presence in the U.S. Defendants took no deliberate actions or affirmative steps to establish the trading presence of Wirecard's common stock on the U.S. OTC market, and it was established without Defendants' consent.

15. Defendants have not solicited any purchases of the ADRs or Wirecard shares that trade OTC in the U.S.

16. Wirecard publishes certain information about its business and financial results in English because it is required to do so by the Rules of Procedure of the Frankfurt Stock Exchange. It does not do so to comply with any U.S. securities law or regulation, and does not do so to facilitate the establishment or trading of unsponsored ADRs or common stock OTC in the U.S.

17. I understand that the FAC refers to Wirecard North America Inc. and Citi Prepaid Card Services. Wirecard North America Inc. is one of approximately 53 subsidiaries of Wirecard worldwide, and is the only subsidiary located in the U.S. Citi Prepaid Card Services is an asset that Wirecard acquired in 2017, and is part of Wirecard North America Inc.'s business.

18. In fiscal year 2017, Wirecard North America Inc. (including Citi Prepaid Card Services) had €109.1 million in revenues. This amounted to approximately 7.3% of the €1,488.6 million in revenues generated by Wirecard worldwide in that year.

19. Wirecard North America Inc. leases its own facilities, maintains its own accounting books and records, enters into contracts on its own, and pays its own taxes. Wirecard does not oversee or control the day-to-day operations of Wirecard North America Inc. Instead, Wirecard provides administrative and management services to Wirecard North America Inc., just as it does with its dozens of other subsidiaries.

20. Wirecard North America Inc. has no involvement in Wirecard's actions relating to the capital markets, including Wirecard's annual reports and other communications to Wirecard's shareholders.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11 day of March, 2020, in Munich, Germany.

By: _____
Iris Stoeckl