BRIAN M. LUTZ, SBN 255976
  blutz@gibsondunn.com
MICHAEL J. KAHN, SBN 303289
  mjkahn@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone:  415.393.8200
Facsimile:   415.393.8306

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br><br>    Defendants. | CASE NO. 2:19-cv-00986-FMO-SK<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED CLASS ACTION COMPLAINT FOR VIOLATION OF THE FEDERAL SECURITIES LAWS**<br><br>**Hearing:**<br>Date:  May 21, 2020<br>Time:  10:00 a.m.<br>Place:  Courtroom 6D<br>Judge:  Hon. Fernando M. Olguin<br><br>Action Filed:  February 8, 2019 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 21, 2020, at 10:00 a.m., or as soon thereafter as the matter may be heard, in the U.S. District Court for the Central District of California, United States Courthouse, Courtroom 6D, located at 350 W. 1st Street, 6th Floor, Los Angeles, California 90012, Defendants Wirecard AG ("Wirecard"), Markus Braun, Alexander Von Knoop, and Jan Marsalek (the "Individual Defendants" and, together with Wirecard, "Defendants"),[1] through their undersigned counsel, will, and hereby do, move to dismiss the First Amended Class Action Complaint For Violation Of The Federal Securities Laws (the "FAC") (Dkt. 62) pursuant to the *forum non conveniens* doctrine and Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). This Motion is based on this Notice, the supporting Memorandum of Points and Authorities, the Declarations of Iris Stoeckl and Gerhard Wagner filed concurrently herewith, the complete files and records in this action, and any additional material and arguments as may be considered in connection with the hearing.  This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on March 4, 2020.

Defendants seek dismissal of this action with prejudice pursuant to the *forum non conveniens* doctrine because Plaintiff's securities claims should be brought in Germany—where all of the Defendants reside, and the only place where Wirecard's securities are listed on a stock exchange—and not in this District, which has no connection to this action.  Defendants also seek dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction because (1) there is no general jurisdiction over the Defendants because they are "at home" in Germany, not the United States, and (2) there is no specific jurisdiction because, with respect to the securities at issue in this case, none of the Defendants

---

[1]  Because no proof of service has been filed for Defendants Burkhard Ley and Susanne Steidl, they are not parties to this action and thus do not need to respond to the FAC.  *See* Dkts. 53, 58.  In the event that these Defendants are served, they intend to join this Motion.

1

DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS
CASE NO. 2:19-cv-00986-FMO-SK

purposely availed themselves of the U.S. capital markets, none of the Defendants directed their actions at U.S. investors, and the exercise of jurisdiction would be unreasonable.  Finally, Defendants seek dismissal of this action with prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6) because Plaintiff fails to state a claim.

Dated:  April 17, 2020

GIBSON, DUNN & CRUTCHER LLP

By:  /s/ *Brian M. Lutz*

Brian M. Lutz
Michael J. Kahn
555 Mission Street, Suite 3000
San Francisco, CA 94105-0921
Telephone: 415.393.8200
Facsimile: 415.393.8306
blutz@gibsondunn.com
mjkahn@gibsondunn.com

*Attorneys for Defendants*

2
DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS
CASE NO. 2:19-cv-00986-FMO-SK