Reed R. Kathrein (139304)
Danielle Smith (291237)
Lucas E. Gilmore (250893)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com
lucasg@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*
*[Additional counsel listed on signature page]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf Of All Other Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br><br>Defendants. | No. 2:19-cv-00986-FMO-SK<br><br>**DECLARATION OF DANIELLE SMITH IN SUPPORT OF LEAD PLAINTIFFS'** ***EX PARTE*** **APPLICATION TO STAY BRIEFING ON MOTION TO DISMISS, NOTICE OF INTENT AND REQUEST TO FILE MOTION FOR LEAVE TO AMEND THE FIRST AMENDED COMPLAINT**<br><br>Date: TBD<br>Time: TBD<br>Courtroom: 6D<br>Judge: Hon. Fernando M. Olguin |

010821-11/1260813 V1

I, Danielle Smith, declare as follows:

1. I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Lead Plaintiff Lawrence Gallagher ("Lead Plaintiff"). I am an attorney licensed to practice law in the State of California. I make this declaration in support of Lead Plaintiff's Ex Parte Application for an Order Staying Case (the "Application"). I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. On Tuesday, April 28, 2020 at approximately 6:27 p.m., notice of the approximate date and substance of this Application was provided pursuant to Local Rule 7-19.1 telephonically to counsel representing Defendants Wirecard AG, Markus Braun, Burkhard Ley, Alexander Von Knoop, Jan Marsalek, and Susanne Steidl ("Defendants") as follows:

> Brian M. Lutz
> GIBSON, DUNN & CRUTCHER LLP
> 555 Mission Street, Suite 3000
> San Francisco, CA 94105-0921
> Telephone: (415) 393-8379
> Facsimile: (415) 393-8306
> Email: blutz@gibsondunn.com

3. The telephonic notice provided to Defendants' counsel informed them of all substantive information known to Plaintiffs regarding this Application, namely: the intention to seek an order temporarily staying this case, the date and approximate time known to Plaintiffs, and the nature of the relief to be requested.

DECL. ISO EX PARTE APP - 1
Case No.: 2:19-cv-00986-FMO-SK

4. On April 28, 2020, Brian M. Lutz, counsel for Defendants, replied telephonically, stating that Defendants will oppose the relief sought.

5. Attached are true and correct copies of the following exhibits:

**Exhibit A:** Press Release, *Wirecard: KPMG's special audit has no impact on the annual financial statements of the period under review in the areas of investigation India, Singapore and Merchant Cash Advance* (Mar. 12, 2020), https://www.dgap.de/dgap/News/corporate/wirecard-kpmgs-special-audit-has-impact-the-annual-financial-statements-the-period-under-review-the-areas-investigation-india-singapore-and-merchant-cash-advance-the-investigation-thirdparty-partner-business-still-ongoing/?newsID=1293373 (last accessed Apr. 30, 2020) (*previously available at* https://ir.wirecard.com/websites/wc/English/3150/financial-news.html?newsID=1923069) (last accessed Apr. 7, 2020).

**Exhibit B:** Press Release, *Wirecard AG: KPMG's special audit* (Mar. 12, 2020), https://ir.wirecard.com/websites/wirecard/English/5110/news-detail.html?newsID=1923069&fromID=5000) (last accessed Apr. 30, 2020).

**Exhibit C:** Press Release, *Wirecard AG: KPMG special review lasts until April 27 2020. Analysis so far provides no evidence of balance sheet manipulation* (Apr. 22, 2020), https://ir.wirecard.com/websites/wirecard/English/5110/news-detail.html?newsID=1949977&fromID=1000 (last accessed Apr. 30, 2020).

**Exhibit D:** Aishwarya Nair, *KPMG audit finds no manipulation in Wirecard's financial statements*, Reuters (Mar. 12, 2020), https://www.reuters.com/article/us-wirecard-accounting/kpmg-audit-finds-no-manipulation-in-wirecards-financial-statements-idUSKBN20Z3UI (last visited Apr. 30, 2020).

**Exhibit E:** Press Release, *Wirecard AG: KPMG delivers report on special investigation* (Apr. 28, 2020),

|   |   |
|---|---|
|   | https://www.wirecard.com/company/press-releases/wirecard-ag-kpmg-delivers-report-on-special-investigation (last accessed Apr. 30, 2020); KPMG report (Apr. 27, 2020), https://www.wirecard.com/uploads/Bericht_Sonderpruefung_KPMG.pdf (last accessed Apr. 30, 2020). |
| **Exhibit F:** | Sarah Syed and Eyk Henning, *Wirecard Says KPMG Could Not Review All Data for Audit*, Bloomberg (Apr. 28, 2020), https://finance.yahoo.com/news/wirecard-says-kpmg-could-not-061125248.html (last visited Apr. 30, 2020). |
| **Exhibit G:** | Olaf Storbeck and Dan McCrum, *KPMG unable to verify Wirecard's third-party profits*, Financial Times (Apr. 28, 2020), https://www.ft.com/content/56a2057c-b975-4965-b0cf-641b83ee0f82 (last visited Apr. 30, 2020). |
| **Exhibit H:** | Patricia Uhlig, Hans Seidenstuecker and Aradhana Aravindan, *Wirecard Shares Crash 26% After Critical KPMG Audit*, The New York Times (Apr. 28, 2020), https://www.nytimes.com/reuters/2020/04/28/technology/28reuters-wirecard-auditor-report.html (last visited Apr. 30, 2020). |
| **Exhibit I:** | Chris Hohn and Max Schroeder, Letter: *Audit of Wirecard by KPMG*, TCI Fund Management Limited (Apr. 28, 2020), https://www.tcifund.com/files/corporateengageement/wirecard/TCI%20-%20Letter%20to%20Wirecard%2028%20April%202020.pdf (last visited Apr. 30, 2020). |
| **Exhibit J:** | Douglas Busvine, *Wirecard shares crash 26% after critical KPMG audit*, Reuters (Apr. 27, 2020), https://www.reuters.com/article/us-wirecard-auditor-report/kpmg-audit-finds-fault-with-wirecard-shares-slump-19-idUSKCN22A0R4?il=0 (last visited Apr. 30, 2020); Douglas Busvine, *Wirecard slides again after short seller demands CEO's head*, Reuters (Apr. 29, 2020), https://finance.yahoo.com/news/wirecard-slides-again-short-seller-102051594.html (last visited Apr. 30, 2020). |

I declare under penalty of perjury under the laws of the United States that the

1 | foregoing is true and correct.  Executed this 30th day of April, 2020.

2 | DATED:  April 30, 2020	By:   /s/ *Danielle Smith*
3 | 	            Danielle Smith