1  BRIAN M. LUTZ (SBN 255976)
     blutz@gibsondunn.com
2  MICHAEL J. KAHN (SBN 303289)
     mjkahn@gibsondunn.com
3  GIBSON, DUNN & CRUTCHER LLP
   555 Mission Street, Suite 3000
4  San Francisco, CA  94105-0921
   Telephone: (415) 393-8200
5  Facsimile:  (415) 393-8306

6  *Counsel for Defendants*

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10 | MARK DALPOGGETTO, Individually | CASE NO. 2:19-cv-00986-FMO-SK
11 | and On Behalf of All Others Similarly Situated, | **STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND STAY OF BRIEFING PENDING SERVICE ON ADDITIONAL DEFENDANTS**
12 |                  Plaintiff, |
13 |        v. |
14 | WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL, |
15 |
16 |
17 |                 Defendants. |

18

19

20

21

22

23

24

25

26

27

28

Gibson, Dunn &
Crutcher LLP

1      WHEREAS, on February 14, 2020, Lead Plaintiff filed a First Amended Class

2  Action Complaint for Violation of the Federal Securities Laws (the "First Amended

3  Complaint") against Defendants Wirecard AG ("Wirecard"), Markus Braun, Burkhard

4  Ley, Alexander von Knoop, Jan Marsalek, and Susanne Steidl (together with Wirecard,

5  the "Defendants")[1] (ECF No. 62);

6      WHEREAS, pursuant to the Court's Order Re: Ex Parte Application (ECF No.

7  78), Lead Plaintiff shall file a motion to amend the First Amended Complaint no later

8  than August 14, 2020;

9      WHEREAS, in June 2020, following various reports that, among other news,

10  $1.9 billion euros (approximately $2 billion) was announced missing by its auditor,[2]

11  Wirecard initiated insolvency proceedings under German law;

12      WHEREAS, based on these reports, Lead Plaintiff intends to amend the First

13  Amended Complaint to add at least one or more additional defendants that, upon

14  information and belief, are domiciled in Germany;

15      WHEREAS, service of process on any new defendant domiciled in Germany is

16  expected to proceed pursuant to the Hague Convention;[3]

17      WHEREAS, it took approximately seven months before the German authorities

18  confirmed service of process on certain Defendants in this case pursuant to The Hague

19  Convention (*see, e.g.*, ECF No. 61) and similar time may be expected for any new

20  Defendant;

21      WHEREAS, to avoid the expense of litigation over whether Lead Plaintiff

22  should be granted leave to amend the First Amended Complaint, and to prevent an

---

[1] Defendants do not contest service of process on Defendants Wirecard, Braun and Marsalek. The parties dispute whether Defendants Ley and Steidl have been served.

[2] Charles Riley, *Wirecard files for insolvency after ex-CEO arrested in $2 billion scandal*, CNN Business (Jun. 25, 2020), https://www.cnn.com/2020/06/25/tech/wirecard-insolvency/index.html (last accessed Jul. 16, 2020).

[3] Lead Plaintiff does not waive any right to serve any new defendant via electronic service if accepted by the defendant, or, pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure, by any other means not prohibited by international agreement, as the court orders.

Gibson, Dunn & Crutcher LLP

1    unnecessary waste of judicial resources, the Parties have agreed that Lead Plaintiff

2    may file an amended complaint no later than August 14, 2020, without first filing a

3    motion for leave to amend the First Amended Complaint; and

4          WHEREAS, in light of Wirecard's German insolvency proceedings and the time

5    needed to effect service of process on any new defendant pursuant to the Hague

6    Convention, the Parties agree that it would be efficient to stay all briefing on

7    Defendants' motion to dismiss for a period of seven months once Lead Plaintiff files

8    his amended complaint, with the Parties to negotiate in good faith about extending the

9    stay depending on the status of Wirecard's insolvency proceedings and/or service of

10   process.

11         THEREFORE, IT IS HEREBY AGREED TO AND STIPULATED BY THE

12   PARTIES, through their respective counsel and subject to Court approval, as follows:

13         1.    Lead Plaintiff shall file an amended complaint on or before August 14,

14   2020.

15         2.    Once Lead Plaintiff files his amended complaint, Defendants' obligation

16   to respond to the complaint shall be stayed for seven months until February 16, 2021.

17         3.    Notwithstanding the stay, Lead Plaintiff shall effectuate service of the

18   amended complaint on any newly-added defendant during the pendency of the stay.

19   Lead Plaintiff may also seek a determination from the Court that Defendants Ley and

20   Steidl have already been served, or, in the alternative, an order approving service on

21   Ley and Steidl by alternative means, either of which Defendants may oppose.

22         4.    Prior to the expiration of the stay, the Parties shall negotiate in good faith

23   about the extension of the stay depending on the status of Wirecard's insolvency

24   and/or the status of service of process on any newly-added defendant.  Lead Plaintiff

25   has the right to seek an order vacating the stay upon a showing of good cause, and

26   Defendants have the right to oppose any such request.

27         5.    The Parties reserve all, and do not waive any, of their rights, claims and

28   defenses.  In particular, and without limiting the foregoing, by agreeing that Lead

Gibson, Dunn &
Crutcher LLP

STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND STAY OF BRIEFING
PENDING SERVICE ON ADDITIONAL DEFENDANTS                                         2
CASE NO. 2:19-cv-00986-FMO-SK

1 Plaintiff may file an amended complaint, Defendants do not waive any defense to that

2 complaint or any argument that the complaint and this action should be dismissed

3 including, without limitation, on *forum non conveniens* grounds and/or for lack of

4 personal jurisdiction over Defendants.

5

DATED: August 13, 2020          HAGENS BERMAN SOBOL SHAPIRO LLP

6

7

8          ***/s/ Reed R. Kathrein*
REED R. KATHREIN (SBN 139304)
DANIELLE SMITH (SBN 291237)

9 715 Hearst Ave., Suite 202
Berkeley, CA  94710

10 Telephone: (510) 725-3000
Facsimile:  (510) 725-3001

11 reed@hbsslaw.com
danielles@hbsslaw.com

12

13 STEVE W. BERMAN
1301 Second Ave., Suite 2000
Seattle, WA  98101

14 Telephone: (206) 623-7292
Facsimile:  (206) 623-0594

15 steve@hbsslaw.com

16          *Counsel for Lead Plaintiff Lawrence Gallagher*

17          ** Pursuant to Civ. L.R. 5-4.3.4, the electronic
filer has obtained approval from this signatory.

18

DATED: August 13, 2020          GIBSON, DUNN & CRUTCHER LLP

19

20

21          */s/ Brian M. Lutz*
BRIAN M. LUTZ (SBN 255976)
MICHAEL J. KAHN (SBN 303289)

22 555 Mission Street, Suite 3000
San Francisco, CA  94105-0921

23 Telephone: (415) 393-8200
Facsimile:  (415) 393-8306

24 blutz@gibsondunn.com
mjkahn@gibsondunn.com

25

26          *Counsel for Defendants Wirecard AG,*
*Markus Braun, Burkhard Ley, Alexander*
*von Knoop, Jan Marsalek, and Susanne*

27          *Steidl*

28

STIPULATION REGARDING FILING OF AMENDED COMPLAINT AND STAY OF BRIEFING
PENDING SERVICE ON ADDITIONAL DEFENDANTS                                    3
CASE NO. 2:19-cv-00986-FMO-SK