UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, and SUSANNE STEIDL,<br><br>　　　　　　Defendants. | CASE NO. 2:19-cv-00986-FMO-SK<br><br>**ORDER REGARDING FILING OF AMENDED COMPLAINT AND STAY OF BRIEFING PENDING SERVICE ON ADDITIONAL DEFENDANTS [80]** |

On August 13, 2020, Lead Plaintiff Lawrence Gallagher ("Lead Plaintiff") and Defendants Wirecard AG ("Wirecard"), Markus Braun, Burkhard Ley, Alexander von Knoop, Jan Marsalek, and Susanne Steidl (together with Wirecard, the "Defendants") filed a Stipulation Regarding Filing of Amended Complaint and Stay of Briefing Pending Service of Additional Defendants (the "Stipulation"). The Court, having fully reviewed and considered the Stipulation, and finding good cause for the Stipulation, orders as follows:

**IT IS HEREBY ORDERED** that:

1. Lead Plaintiff shall file an amended complaint on or before August 14, 2020.

2. Once Lead Plaintiff files his amended complaint, Defendants' obligation to respond to the complaint shall be stayed for seven months until February 16, 2021.

3. Notwithstanding the stay, Lead Plaintiff shall effectuate service of the amended complaint on any newly-added defendant during the pendency of the stay. Lead Plaintiff may also seek a determination from the Court that Defendants Ley and Steidl have already been served, or, in the alternative, an order approving service on Ley and Steidl by alternative means, either of which Defendants may oppose.

4. Prior to the expiration of the stay, the Parties shall negotiate in good faith about the extension of the stay depending on the status of Wirecard's insolvency and/or the status of service of process on any newly-added defendant. Lead Plaintiff has the right to seek an order vacating the stay upon a showing of good cause, and Defendants have the right to oppose any such request.

5. The Parties reserve all, and do not waive any, of their rights, claims and defenses. In particular, and without limiting the foregoing, by agreeing that Lead Plaintiff may file an amended complaint, Defendants do not waive any defense to that complaint or any argument that the complaint and this action should be dismissed including, without limitation, on *forum non conveniens* grounds and/or for lack of personal jurisdiction over Defendants.

**IT IS SO ORDERED.**

DATE:   August 14, 2020                          /s/
                                        Judge Fernando M. Olguin
                                        United States District Judge