Reed R. Kathrein (139304)
Danielle Smith (291237)
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
danielles@hbsslaw.com

*Attorneys for Lead Plaintiff Lawrence Gallagher*
*[Additional counsel listed on signature page]*

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK DALPOGGETTO, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>WIRECARD AG, MARKUS BRAUN, BURKHARD LEY, ALEXANDER VON KNOOP, JAN MARSALEK, SUSANNE STEIDL, WULF MATTHIAS, and ERNST & YOUNG GMBH WIRTSCHAFTSPRUEFUNGSGESELLSCHAFT,<br><br>Defendants. | Case No. 2:19-cv-00986-FMO-SK<br><br>**ORDER GRANTING LEAD PLAINTIFF'S MOTION [85] TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404 AND GRANTING LIMITED REQUEST TO LIFT STAY**<br><br>DATE: TBD<br>TIME: TBD<br>JUDGE: Fernando M. Olguin<br>CTRM: 6th Floor – Courtroom 6D |

1  Having considered the papers submitted and arguments presented in support of
2  Plaintiff's Motion to Transfer Venue Pursuant to 28 U.S.C. § 1404 and Limited
3  Request To Lift Stay ("Plaintiff's Motion to Transfer"), the Court hereby GRANTS
4  Plaintiff's Motion to Transfer and ORDERS as follows:

5      1.    The stay is lifted for the limited purpose of this Court's consideration of
6  the Motion to Transfer.

7      2.    The above-captioned action shall be transferred to the United States
8  District Court for the Eastern District of Pennsylvania pursuant to 28 U.S.C. § 1404.

10  **SO ORDERED:**
11  Dated:  October 8, 2020                    /s/
12                                      Hon. Fernando M. Olguin
                                    United States District Judge

14  Respectfully submitted,

15  October 7, 2020

16  HAGENS BERMAN SOBOL SHAPIRO LLP

18  */s/  Danielle Smith*
        DANIELLE SMITH

20  Reed R. Kathrein (139304)
    Danielle Smith (291237)
21  715 Hearst Avenue, Suite 202
    Berkeley, CA  94710
22  Telephone: (510) 725-3000
23  Facsimile:  (510) 725-3001
    reed@hbsslaw.com
24  danielles@hbsslaw.com

| | |
|---|---|
| 1 | Steve W. Berman |
| 2 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 1301 Second Avenue, Suite 2000 |
| 3 | Seattle, WA  98101 |
| 4 | Telephone: (206) 623-7292 |
| | Facsimile:  (206) 623-0594 |
| 5 | steve@hbsslaw.com |
| 6 | |
| | *Attorneys for Lead Plaintiff Lawrence Gallagher* |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

2

[Proposed] Order Granting Lead Plaintiff's Motion to Transfer Venue
Case No. 2:19-cv-00986-FMO-SK
010821-11/1355151 V1